# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 25-12272 MAM
**Case Name:** Yevgeniy Khizver

**Period Ending:** 06/30/26

**Trustee:** Chad S. Paiva
**Filed (f) or Converted (c):** 02/28/25 (f)
**§341(a) Meeting Date:** 04/03/25
**Claims Bar Date:** 07/29/25

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead: 8248 Royal County Down Rd, Boca Raton, FL 33434 - Exempt<br>Settled. See Case Note 1 below. | 1,700,000.00 | 166,109.11 | | 49,832.75 | 1,650,167.25 |
| 2 | Household goods and furnishings including electronics (see footnote) | 25,500.00 | 0.00 | | 0.00 | FA |
| 3 | Books, art, antiques and collectibles | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing and shoes | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry<br>Debtor filed amended Schedule B (DE#39) reducing the value of his jewelry from $7,000.00 to $900.00 due to an error inputting the value in the initial schedules. | 900.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Wells Fargo personal checking account x4388 | 85.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo business checking account for GK Group, Inc. x2351 | 85.00 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo business checking account for GKI Holdings, Inc. x4005 | 121.50 | 0.00 | | 0.00 | FA |
| 10 | Bank of America business checking account for REI Investor Group, LLC x6210 | 997.00 | 0.00 | | 0.00 | FA |
| 11 | Bank of America personal checking account x8473 | 626.00 | 0.00 | | 0.00 | FA |
| 12 | Bank of America personal savings account x8431 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | PNC Bank personal checking account x7776<br>Trustee has extension of time through 7/31/2025 to object to the claimed exemption for this asset. | 95.00 | 0.00 | | 0.00 | FA |
| 14 | PNC Bank personal checking account x7784 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | PNC Bank growth account x7792 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Robinhood Investment account<br>Settled. See Case Note 1 above. | 13,857.00 | 14,939.05 | | 4,481.71 | 10,457.34 |
| 17 | Coinbase account<br>Settled. See Case Note 1 below. | 682.84 | 682.84 | | 204.85 | 477.99 |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Alpha Media Group (1/3 interest) - Alpha Media Group filed a chapter 7 bankruptcy case in Delaware on 6/30/2023, case No. 23-10881-CTG). The bankruptcy case is pending. See Case Note 2 below. | Unknown | 1.00 | | 0.00 | 1.00 |
| 19 | Award Logic, LLC (25% interest) | Unknown | 0.00 | | 0.00 | FA |
| 20 | GK Group, Inc. (100% interest) - Entity through which Debtor conducts business and genereates income. | Unknown | 0.00 | | 0.00 | FA |
| 21 | GKI Holdings, Inc. (100%) - Entity through which Debtor conducts business and genereates income. See Case Note 2 below. | Unknown | 1.00 | | 0.00 | 1.00 |
| 22 | REI Investor Group, LLC - Non-operating entity (Only asset is money in business bank account) | 700.00 | 0.00 | | 0.00 | FA |
| 23 | Merrill Edge IRA x5651 - Exempt | 15,297.00 | 0.00 | | 0.00 | FA |
| 24 | Merrill CMA account x9686 Asset added in amended Schedule B filed at DE#39. Asset claimed fully exempt. | 128.00 | 0.00 | | 0.00 | FA |
| 25 | 2024 Federal Income Tax Refund (u) Settled. See Case Note 1 below. | 0.00 | 8,269.00 | | 2,480.69 | 5,788.31 |
| 26 | Snowboards Asset added in amended Schedule B filed at DE#39. | 150.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$1,760,424.34** | **$190,002.00** | | **$57,000.00** | **$1,666,892.89** |

Regarding Property #2

**Major activities affecting case closing:**
Claims Bar Date: July 29, 2025

Estate tax return: Not required at this time.

Case Notes:

1. The Debtor is paying the bankruptcy estate $190,000.00 ($175,000.00 if paid in full before a date certain) to settle asset over exemptions and an 522(o)/asset conversion claim. The 9019 Motion for court approval of the settlement and stipulation for settlement was filed by Trustee's counsel under negative notice at DE#67. No objections to the 9019 Motion were filed and the Court entered an order at DE#69 granting the 9019 motion and approving the settlement between the Trustee and Debtor.

2. The Debtor owns an approximately 33% interest in Alpha Media Group, Inc. ("AMG") through his GKI Holdings, Inc. entity. AMG filed chapter 7 bankruptcy in Delaware in June 2023. The Trustee in the AMG case initiated multiple avoidance adversary proceedings in late June 2025 and is pursuing other targets under tolling agreements. The amount the Trustee in the AMG case is seeking to recover is in excess of the non-insider claims in that case. Accordingly, the Trustee in this case is monitoring the AMG case for potential surplus funds in the future.

**Initial Projected Date of Final Report (TFR):** June 30, 2026

**Current Projected Date of Final Report (TFR):** June 30, 2027

# Form 2
## Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 25-12272 MAM | **Trustee:** | Chad S. Paiva |
| **Case Name:** | Yevgeniy Khizver | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9091 - Checking |
| **Taxpayer ID#:** | ******6111 | **Blanket Bond:** | $59,803,000.00 (per case limit) |
| **Period:** | 07/01/25 - 06/30/26 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/26 | | Yevgeniy Khizver | DE#69 Order approving settlement between Trustee and Debtor. | | 50,000.00 | | 50,000.00 |
| 02/24/26 | Asset #17 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Initial Down Payment due 05/01/2026 179.69 | 1129-000 | | | 50,000.00 |
| 02/24/26 | Asset #25 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Initial Down Payment due 05/01/2026 2,176.05 | 1224-000 | | | 50,000.00 |
| 02/24/26 | Asset #16 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Initial Down Payment due 05/01/2026 3,931.33 | 1129-000 | | | 50,000.00 |
| 02/24/26 | Asset #1 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Initial Down Payment due 05/01/2026 43,712.93 | 1110-000 | | | 50,000.00 |
| 02/27/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.71 | 49,991.29 |
| 03/31/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.24 | 49,910.05 |
| 04/30/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.10 | 49,828.95 |
| 05/21/26 | | Yevgeniy Khizver | DE#69 Order approving settlement between Trustee and Debtor. | | 3,500.00 | | 53,328.95 |
| 05/21/26 | Asset #17 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #1 due 06/01/2026 12.58 | 1129-000 | | | 53,328.95 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 25-12272 MAM
**Case Name:** Yevgeniy Khizver
**Taxpayer ID#:** ******6111
**Period:** 07/01/25 - 06/30/26

**Trustee:** Chad S. Paiva
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9091 - Checking
**Blanket Bond:** $59,803,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/21/26 | Asset #25 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #1 due 06/01/2026 | 152.32 | 1224-000 | | | 53,328.95 |
| 05/21/26 | Asset #16 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #1 due 06/01/2026 | 275.19 | 1129-000 | | | 53,328.95 |
| 05/21/26 | Asset #1 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #1 due 06/01/2026 | 3,059.91 | 1110-000 | | | 53,328.95 |
| 05/29/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.54 | 53,246.41 |
| 06/26/26 | | Yevgeniy Khizver | DE#69 Order approving settlement between Trustee and Debtor. | | | 3,500.00 | | 56,746.41 |
| 06/26/26 | Asset #17 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #2 due 07/01/2026 | 12.58 | 1129-000 | | | 56,746.41 |
| 06/26/26 | Asset #25 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #2 due 07/01/2026 | 152.32 | 1224-000 | | | 56,746.41 |
| 06/26/26 | Asset #16 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #2 due 07/01/2026 | 275.19 | 1129-000 | | | 56,746.41 |
| 06/26/26 | Asset #1 | Khizver AR | Payment to A/R Account #YK25 Khizver AR; Payment #2 due 07/01/2026 | 3,059.91 | 1110-000 | | | 56,746.41 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 25-12272 MAM
**Case Name:** Yevgeniy Khizver
**Taxpayer ID#:** ******6111
**Period:** 07/01/25 - 06/30/26

**Trustee:** Chad S. Paiva
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9091 - Checking
**Blanket Bond:** $59,803,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.24 | 56,659.17 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **57,000.00** | **340.83** | **$56,659.17** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **57,000.00** | **340.83** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$57,000.00** | **$340.83** | |

| | |
|---|---|
| Net Receipts: | $57,000.00 |
| Net Estate: | $57,000.00 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******9091** | **57,000.00** | **340.83** | **56,659.17** |
| | **$57,000.00** | **$340.83** | **$56,659.17** |